R

M/HN

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## Civil Cover Sheet

**Plaintiff(s):** UNITED STATES OF AMERICA

**Defendant(s):** GORDON EVERTON TROWERS

**County of Residence:**

**County of Residence:** US, Outside the state of IL

**Plaintiff's Address:**

1) AUSA

2) Daniel Edward May
United States Attorney's Office
219 South Dearborn Street, Suite 500
Chicago, IL 60604

**Defendant's Attorney:**

Gordon Everton Trowers
#19118-424
Coleman - LOW
P.O. Box 1031
Coleman, FL 33521

FILED
SEP - 2 2008
9-2-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [x] 2. U.S. Government Defendant
- [ ] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

08CV4979
JUDGE SHADUR
MAG. JUDGE ASHMAN

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [x] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 510 Motion to Vacate

**Cause of Action:** 28:2255

**Jury Demand:** [ ] Yes  [x] No

**Signature:** *[signature]*

**Date:** 9/2/08

Shadur
Ashman

06 cr 769-1